**Citi Residential Lending**

P.O. Box 11000
Santa Ana, CA 92711-1000

**citi**

**U.S. BANKRUPTCY COURT FILED NEWARK, NJ**

**09 FEB 17 AM 10: 16**

JAMES J. WALDRON

BY _[signature]_

DEPUTY CLERK

_08 - 284 26 NLW_

February 09, 2009

#BWNKZZS
Us Bankruptcy Court
New Jersey District
50 Walnut St 3rd Floor
Newark, NJ 07102-3551

8903

IIIuuludulllluuludalulululuuIIIuluululul

Re:   Loan Number:  0050233972
      New Servicer Loan Number:  00000004000265084
      Borrower(s): Robert M Holst
      Property: 121 Owens Station Road, Sussex NJ 07461

Dear Sir/Madam:

Please be advised that Citi Residential Lending sold the
above Real Estate Secured Loan to AMERICAN HOME MORTGAGE.

Servicing of the same will be transferred effective January 1, 2009.

           AMERICAN HOME MORTGAGE
           4600 REGENT BLVD, STE 200
           ATTN: GABRIELLE JOHNSON
           IRVING,TX 75063

Please update your disbursement records to reflect this change.

Sincerely,

Service Release Department

SR001/006/CPI

Federal law requires us to notify you that we are acting as a debt collector and any information we collect from you will be used for the purpose of collecting your debt. Unless federal law otherwise prohibits, we may report information about your account to the credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Please be advised that if your loan is in a bankruptcy or has been discharged, this is not an attempt to collect a debt but is sent to you for informational purposes only.